UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CALAMAR ENTERPRISES, INC.,

           Plaintiff,

v.

BLUE FOREST LAND GROUP, LLC,

           Defendant.

Civil Action No.:
1:16-cv-00686

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-entitled action be, and the same hereby is, discontinued in its entirety with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with of the clerk of the United States District Court for the Western District of New York via CM/ECF.

**WOODS OVIATT GILMAN LLP**

  /s/ Robert C. Carbone
William F. Savino
Robert C. Carbone
*Attorneys for Plaintiff, Calamar Enterprises, Inc.*
1900 Main Place Tower
350 Main Street
Buffalo, NY 14202
Telephone: (716) 248-3215

**PHILLIPS LYTLE LLP**

  /s/ Patrick M. Hanley, Jr.
Kevin J. English
Patrick M. Hanley, Jr.
*Attorneys for Defendant, Blue Forest Land Group, LLC*
One Canalside
125 Main St.
Buffalo, NY 14203-2887
Telephone: (716) 847-8400

{5237779: }

IT IS SO ORDERED.

_____  7-20-17
Hon. Elizabeth A. Wolford
United States District Judge

{5237779: }