UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CALAMAR ENTERPRISES, INC.,

                                    Plaintiff,

                -vs-

BLUE FOREST LAND GROUP, LLC.,

                                    Defendants.

**MEDIATION CERTIFICATION**

16 -CV- 00686

---

I hereby certify that:

☐    Case has settled prior to scheduling first session.

☐    Case has settled prior to session scheduled for _____.

☑    Mediation session was held on June 2, 2017 _____.

      ☑    **Case has settled.** ~~The parties have agreed that _____ will prepare the settlement agreement and stipulation for dismissal and that the stipulation will be filed no later than~~ _____.

      ☐    **Case has not settled.** Mediation will continue on _____.
                                                       (specific date)

      ☐    **Case has not settled.** The parties may schedule another session at a later date.

      ☐    **Case has not settled.** Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

Date: August 5, 2017                              s/Krista Gottlieb
                                                                    Mediator

Additional Comments: